FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 07 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 4:22CR00345 JM |
| vs. | ) |
| | ) 8 U.S.C. § 1326(a) |
| JULIO CESER | ) |
| RAFAILANO-CONSTANZA | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 17, 2022, in the Eastern District of Arkansas, the defendant,

JULIO CESER RAFAILANO-CONSTANZA,

an alien who had previously been deported and removed from the United States on April 19, 2013, was found in the United States in the Eastern District of Arkansas, without having obtained the express consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security for reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

3